# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE

Case #:  3:16-CR-104                    Date:  January 5, 2017

United States of America          vs.          Joshua Alan Belcher

**PROCEEDINGS:  Change of Plea.**  The defendant was sworn and advised of his constitutional rights and of the penalties of the offense charged.

---

### HONORABLE THOMAS A. VARLAN, CHIEF UNITED STATES DISTRICT JUDGE

---

Julie Norwood                    Rebekah Lockwood                    Joe Cuccia
**Deputy Clerk**                    **Court Reporter**                    **Probation Officer**

Mathew Morris                                        Laura Davis
**Asst. U.S. Attorney**                                **Attorney for Defendant**

- Defendant waives reading of Indictment or Information
- Defendant Pleads guilty to count(s) 1,2,3,4 of the Indictment
- Referred for Presentence Investigative Report.
- DATE SET:  **Sentencing:**  May 4, 2017 @ 2:00
  **Before** the Honorable Thomas A. Varlan, Chief United States District Judge

> • Parties must adhere to Local Rules 83.9(c) & 83.9(k)

- Defendant remanded to custody of the U.S. Marshal

10:30 to 10:50